Opinion issued December 7, 2006










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-06-01090-CV

____________


IN RE SHAWN HEANY, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Shawn Henry, has filed a petition for a writ of mandamus complaining
of an order announced by the Honorable Bonnie Crane Hellums on September 20,
2006, which order disqualified relator's counsel, Bruce A. Baughman. (1) 

 We deny the petition for a writ of mandamus. 


PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland. 
1. 
 -